**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Edward GIBBONS, Defendant–
Appellant.**

No. 12–10218.

United States Court of Appeals,
Ninth Circuit.

Submitted June 11, 2013.*

Filed June 19, 2013.

William Harry Bryan, III, Esquire, Assistant U.S., Jonell Lee Lucca, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Brian Russo, Phoenix, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN and HURWITZ, Circuit Judges, and PIERSOL, Senior District Judge.**

MEMORANDUM ***

John Edward Gibbons appeals his convictions following a bench trial of conspiracy to possess with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. § 846, and possession with intent to distribute five kilograms or more

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Lawrence L. Piersol, Senior District Judge for the U.S. District Court for the District of South Dakota, sitting by designation.

of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii). We have jurisdiction under 28 U.S.C. § 1291 and affirm.

The sole issue on appeal is whether the district court erred by denying Gibbons' motion to suppress. This same issue was raised by Gibbons' co-defendant, Lisa Sayamontry. *See United States v. Sayamontry,* No. 12–10153, 523 Fed.Appx. 442, 2013 WL 2632188 (9th Cir. June 13, 2013) (unpublished disposition). For the reasons stated in *Sayamontry,* we hold that the district court correctly denied the motion to suppress.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.